**Order entered December 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01522-CV

### IN RE FIREMAN EXCAVATING, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03267**

# ORDER
Before Justices Schenck, Reichek, and Evans

Before the Court is relator's December 11, 2019 petition for a writ of mandamus. We request real parties in interest, Peggy Wilson, individually and as Next Friend of S.W., Deborah Guillory, and Rodney Ross, and respondent, file their responses, if any, by January 6, 2020.

/s/    DAVID J. SCHENCK
JUSTICE